# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

J. D. CALDWELL,

     Petitioner,

vs.

JO GENTRY, et al.,

     Respondents.

Case No. 2:17-cv-02529-RFB-CWH

**<u>ORDER</u>**

     Respondents having filed a motion for enlargement of time (first request) (ECF No. 9), and good cause appearing;

     IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 9) is **GRANTED**.  Respondents will have through March 26, 2018, to file and serve a response to the petition (ECF No. 7).


     DATED: <u>February 26, 2018.</u>


                                  _____

                                  RICHARD F. BOULWARE, II
                                  United States District Judge