# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| J. D. CALDWELL,<br><br>    Petitioner,<br><br>    v.<br><br>JO GENTRY, et al.,<br><br>    Respondents. | Case No. 2:17-cv-02529-RFB-CWH<br><br>**ORDER** |

Petitioner having filed a motion for enlargement of time (ECF No. 14), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for enlargement of time (ECF No. 14) is **GRANTED**. Petitioner will have through May 9, 2018, to file and serve a response to the motion to dismiss (ECF No. 11).

DATED: March 16, 2018

                                                                            RICHARD F. BOULWARE<br>
                                                                            United States District Judge