J.D. Caldwell ID NO. 78526

1
2   SOUTHERN DESERT CORRECTIONAL CTN.
    20825 COLD CREEK RD.
    P.O. BOX 208
3   INDIAN SPRINGS, NV 89010

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

4       United States District Court
5           District of Nevada
6
7
8   J.D. Caldwell
    petitioner                      CASE NO. 2:17-CV-02529-RFB-CWH
9
        v.                          DEPT. NO.: _____
10
11  Jo Gentry et, al               DOCKET: _____
12  respondant
13
14      Motion for enlargement of time
15      FRCP 6(b)/FRAP 26(b)
16
17
    COMES NOW, J.D. Caldwell _____, herein above respectfully
18
    moves this Honorable Court for an Motion for enlargement of
19  time pursuant FRCP rule 6(b)/FRAP rule 26(b)
20
21      This Motion is made and based upon the accompanying Memorandum of Points and
22  Authorities,
23  DATED: this 2 day of may, 20 18
24                          BY: _____
25                          J.D. Caldwell    # 78526
                            Defendant In Proper Personam
26
27
28

## ADDITIONAL FACTS OF THE CASE:

I J.D. Caldwell in the above entitled action, does and hereby move that time within to file "petitioners response to states reply in support of motion to dismiss"

In the above - entitled cause be enlarged from 5-2-2018 to 5-31-2018.

Support of this motion respectfully shows that petitioner needs ~~30~~ 45 days in wich to do research and file his response.

this motion is filed within the time allotted before the named person have to answer/and or respond.

May 2, 2018

J.D. Caldwell # 58526

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
~~UNITED STATES DISTRICT JUDGE~~
~~DATED this 8th day of May, 2018.~~

Page __

## CERTIFICATE OF SERVICE BY MAILING

1

2  I, _J.D. Caldwell_ , hereby certify, pursuant to NRCP 5(b), that on this _2nd_

3  day of _May_ , 20 _18_, I mailed a true and correct copy of the foregoing, "_____

4  _Motion for enlargement of time_ "

5  by placing document in a sealed pre-postage paid envelope and deposited said envelope in the

6  United State Mail addressed to the following:

7

8  _United States District Court_          _Attorney General_

9  _District of Nevada_

10

11

12

13

14

15

16

17  CC:FILE

18

19  **DATED:** this _2nd_ day of _May_ , 20 _18_

20

21

22                    _J.D. Caldwell_                    # _78526_
                                    /In Propria Personam
23                    Post Office Box 208, S.D.C.C.
                      Indian Springs, Nevada 89018
24                    IN FORMA PAUPERIS:

25

26

27

28

# AFFIRMATION
## Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding _____

_Motion for enlargement of time_

**(Title of Document)**

filed in District Court Case number 2:17-CV-02529-RFB-CWH

☒ Does not contain the social security number of any person.

**-OR-**

☐ Contains the social security number of a person as required by:

    A. A specific state or federal law, to wit: _____

    (State specific law)

    **-or-**

    B. For the administration of a public program or for an application for a federal or state grant.

_____       _5-2-2018_
Signature                             Date

_J.D. Caldwell_
Print Name

_____
Title

4.

J.D. Caldwell #778526
SDCC
P.O. Box 208
Indian Springs NV
89070

LAS VEGAS NV 890

03 MAY 2018 PM 5 L

Clerk U.S. District Court
District of Nevada
LLOYD D. George U.S. Courthouse
333 Las Vegas Blvd SO. RM 1334
Las Vegas NV 89101

Legal

89101-706934