# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| J. D. CALDWELL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JO GENTRY, et al.,<br><br>　　　　　Respondents. | Case No. 2:17-cv-02529-RFB-CWH<br><br>**ORDER** |

Petitioner having filed a motion for enlargement of time (ECF No. 24), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for enlargement of time (ECF No. 24) is **GRANTED**. Petitioner will have thirty (30) days from the date of entry of this order to file a response to respondents' motion to strike (ECF No. 23).

DATED: June 15, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE
　　　　　　　　　　　　　　　　　　United States District Judge

1